# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID JONES

NO. 2021 KW 0991

OCTOBER 18, 2021

---

In Re:   David Jones, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 49,521.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the motion to quash, the district court's ruling denying the motion, the transcript and district court minutes from the July 28, 2021 proceedings, the bill of information, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 7, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.